# Order

Michigan Supreme Court
Lansing, Michigan

January 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161974(80)

DOUGLAS S. TOUMA, Personal Representative
of the ESTATE OF GARYLYN S. LANGELL,
       Plaintiff-Appellee,

v

MCLAREN PORT HURON, formerly known as
PORT HURON HOSPITAL,
       Defendant-Appellee,
and

PHYSICIAN HEALTHCARE NETWORK, P.C.,
and MICHAEL PAUL, M.D.,
       Defendants-Appellants,
and

PARTRIDGE FAMILY PHYSICIANS, P.C., and
TIMOTHY HORRIGAN, M.D.,
       Defendants.
_____/

SC: 161974
COA: 347274
St. Clair CC: 15-002567-NH

On order of the Chief Justice, the joint motion of the Michigan State Medical Society, American Medical Association, and Regents of the University of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 5, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2021



Clerk